Date signed May 18, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NURNEY MASON | : | Case No. 10-14011PM |
| CORDELIA DICKENS MASON | : | Chapter 13 |
| | : | |
| Debtor | : | |
| -------------------------------- | : | |
| K BANK | : | |
| Movant | : | |
| vs. | : | |
| NURNEY MASON | : | |
| CORDELIA DICKENS MASON | : | |
| NANCY SPENCER GRIGSBY, Trustee | : | |
| Respondents | : | |
| -------------------------------- | : | |

**MEMORANDUM OF DECISION**

     This case came before the court on a Motion for Relief from Stay filed by K Bank, said to be the holder of a note secured by a Deed of Trust recorded at Liber 29492 at Folio 541 among the Land Records of Prince George's County, Maryland. This obligation grows out of a transaction wherein the Debtors are said to have purchased property in a retirement community. Debtors allege various defaults on behalf of the seller of the property and the individuals handling the sale, as well as in the creation and servicing of the purchasemoney deed of trust. Inasmuch as Debtors scheduled the property as valued at $372,589.00, and the amount of the secured claim filed by K Bank is nearly $605,000.00, Debtors have no equity in the property and, judging from their Schedules I and J, do not have the ability to propose a Plan under Chapter 13 that would result in an effective reorganization. The court will therefore enter an

order modifying the stay to allow K Bank to proceed in state court action. At the same time, Debtors retain standing to raise any and all claims against K Bank and others in state court with respect to their purchase of the property.

     An appropriate order will be entered.

cc:
Richard S. Basile, Esq., 6305 Ivy Lane, #416, Greenbelt, MD 20770
Nurney/Cordelia Mason, 13001 Fox Bow Drive, Upper Marlboro, MD 20774
Thaddeus J. Holmquist, Esq., 9475 Deereco Road, #102, Timonium, MD 21093
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718

**End of Memorandum**